# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

145149

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TRENT MAURICE CARR,
        Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145149
COA: 307289
Genesee CC: 98-003324-FC

On order of the Court, the application for leave to appeal the May 27, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

t1015